UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO JUSTINO SANTANA,

        Plaintiff,

        v.

SHOOK HARDY & BACON, KELLY FRAZIER, SCOTT CHESIN, FORREST SOLUTIONS and GARY STANEK,

        Defendants.

No. 25-CV-5088 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff, Fernando Justino Santana, filed this action on June 12, 2025, alleging employment discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"), the New York State Human Rights Law ("NYSHRL"), N.Y. Exec. Law § 296, and the New York City Human Rights Law ("NYCHRL"), N.Y. City Admin. Code § 8-101, *et seq.*, by Defendants Shook Hardy & Bacon and its employees Kelly Frazier and Scott Chesin, as well as Forrest Solutions and its employee Gary Stanek. *See* Dkt. No. 1 ("Compl.").

On August 26, 2025, Defendants filed a motion to compel arbitration and stay the proceedings. *See* Dkt. Nos. 17–19. Finding no allegations of discrimination or retaliation on the basis of a protected characteristic as required by Title VII, the NYSHRL, and the NYCHRL, the Court *sua sponte* dismissed the Complaint but allowed Plaintiff 30 days' leave to amend his Complaint. *See* Dkt. No. 30. Plaintiff submitted his first amended complaint ("FAC") on October 1, 2025. *See* Dkt. No. 31.

To the extent Defendants still seek to compel arbitration and stay the proceedings, they shall file renewed motions on the docket no later than October 22, 2025.

SO ORDERED.

Dated: October 8, 2025
       New York, New York

                                              RONNIE ABRAMS
                                        United States District Judge