UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO JUSTINO SANTANA,

                    Plaintiff,

            v.

SHOOK HARDY & BACON, KELLY
FRAZIER, SCOTT CHESIN, FORREST
SOLUTIONS and GARY STANEK,

                    Defendants.

25-CV-5088 (RA)

ORDER OF SERVICE

RONNIE ABRAMS, United States District Judge:

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants Shook Hardy & Bacon, Kelly Frazier, Scott Chesin, Forrest Solutions, and Gary Stanek through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

---

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

If the amended complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

SO ORDERED.

Dated:    October 10, 2025
          New York, New York

_____
RONNIE ABRAMS
United States District Judge

### SERVICE ADDRESS FOR EACH DEFENDANT

1.    Shook Hardy & Bacon, Kelly Frazier, and Scott Chesin:

    a.    ATTN: Barbara E. Hoey & Nicholas James Kromka, Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007

2.    Forrest Solutions and Gary Stanek

    a.    ATTN: Adam Granek Guttell and Alessandro G. Villanella, Jackson Lewis P.C., 58 South Service Road, Suite 250, Melville, NY 11747