UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FERNANDO JUSTINO SANTANA,

                Plaintiff,

      v.

SHOOK HARDY & BACON, KELLY FRAZIER, SCOTT CHESIN, FORREST SOLUTIONS and GARY STANEK,

                Defendants.

No. 25-CV-5088 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On October 22, 2025, Defendants Forrest Solutions, Inc. and Gary Stanek filed a motion seeking to compel arbitration and stay this action. Dkt. No. 37. Defendants Shook Hardy & Bacon, Scott Chesin, and Kelly Frazier then moved to join that motion. Dkt. No. 41. It is hereby:

ORDERED that Plaintiff's opposition, if any, is due on November 7, 2025. Defendants' reply, if any, is due on November 14, 2025.

SO ORDERED.

Dated:    October 23, 2025
            New York, New York

                                      Hon. Ronnie Abrams
                                      United States District Judge