

**Barbara E. Hoey**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (212) 808-7628
Fax: (212) 808-7897

December 10, 2025

**BY ECF**

Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Motion to stay deadlines for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint granted pending resolution of Defendants' motion to compel arbitration. *See* Dkt. Nos. 37; 41.

SO ORDERED.

_____

Hon. Ronnie Abrams
December 11, 2025

Re:    *Santana v. Shook, Hardy & Bacon L.L.P. et al.*, Case No. 1:25-cv-05088-RA

Your Honor:

We represent Defendants Shook, Hardy & Bacon L.L.P., Kelly Frazier, and Scott Chesin in the above-referenced action, and write with the consent of all Defendants to request that Your Honor clarify and stay any deadline for the Defendants to answer or otherwise respond to Plaintiff's Amended Complaint.

As background, the Court *sua sponte* dismissed Plaintiff's Complaint on September 2, 2025, (ECF No. 30), and allowed Plaintiff to file an Amended Complaint, which he did on October 1, 2025. (ECF No. 31). Since then, and as Your Honor is aware, Defendants re-filed pre-answer motions to compel arbitration. (ECF Nos. 37-43). Briefing on these motions is expected to be completed on December 12, 2025.

In the interim, Defendants received Marshal Service of Plaintiff's Amended Complaint pursuant to Your Honor's October 10, 2025, Order. (ECF No. 33). Given that the Defendants' motions to compel arbitration are currently pending before Your Honor, it is Defendants' position that such motions should be decided before any response to the Amended Complaint is filed with this Court.  Therefore, Defendants request that Your Honor stay any deadline to respond to Plaintiff's Amended Complaint pending the Court's decision on these related motions. We thank the Court for its consideration of the above.

Respectfully submitted,

*/s/ Barbara E. Hoey*

Barbara E. Hoey